**Opinion filed March 29, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00041-CR

_____

### DAVID CARLSON, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 167th District Court**

**Travis County, Texas**

**Trial Court Cause No. D-1-DC-10-302643**

### M E M O R A N D U M   O P I N I O N

David Carlson has filed in this court a motion to dismiss his appeal.  Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

March 29, 2012

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.